

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00139-CR

_____

JUAN LUIS OBESO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Titus County, Texas
Trial Court No. 17,566

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Juan Luis Obeso pled guilty to and was convicted of burglary of a habitation. Following Obeso's election of jury-assessed punishment, he was sentenced, consistent with the jury's recommendation, to fifty years' imprisonment and was ordered to pay a $10,000.00 fine. Obeso has filed a single brief, in which he raises issues common to all of his appeals. Specifically, Obeso argues (1) that the trial court erred in accepting his guilty plea in the absence of a written waiver of a jury trial on guilt/innocence, and (2) that the trial court failed to properly admonish him that he was entitled to a jury trial on guilt/innocence.

We addressed these issues in detail in our opinion of this date in cause number 06-13-00138-CR. For the reasons stated therein, we likewise conclude that harmful error has not been shown in this case.

We affirm the trial court's judgment.

Jack Carter
Justice

Date Submitted: March 13, 2014
Date Decided: April 25, 2014

Do Not Publish

2